# 1IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| PATRICK EUGENE DOBBINS, ) <br> ADC # 141341  ) <br>  Petitioner,  ) <br>  ) <br> v.  ) <br>  ) <br> RAY HOBBS, Director, Arkansas ) <br> Department of Correction  ) <br>  Respondent.  ) | **Case No. 5:14-CV-00190 SWW-JTK** |

## **JUDGMENT**

Pursuant to the order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this action is dismissed without prejudice.

SO ORDERED this 8th day of January 2015.

/s/Susan Webber Wright
United States District Judge

1